# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL JUST, AN INDIVIDUAL; AND
EAGLE ROCK ASSET MANAGEMENT,
LLC, A FOREIGN LIMITED LIABILITY
COMPANY,

     Appellants,

vs.

FIRST 100, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND 1ST ONE
HUNDRED HOLDINGS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

     Respondents.

No. 81717

FILED

FEB 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting in part a motion for attorney fees and costs and an amended judgment awarding additional fees and costs. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect; it appeared that the challenged orders are not substantively appealable. Although appellants indicated in their docketing statement that the orders are appealable as special orders after final judgment, *see* NRAP 3A(b)(8), it appeared that no final judgment has been entered in this matter because the claims against Kregg Hale remain pending in the district court. In the absence of a final judgment, there can be no special order after final judgment. Accordingly, this court ordered appellants to show cause, by January 27, 2021, why this appeal should not be dismissed for lack of jurisdiction. This court cautioned

that failure to demonstrate that this court has jurisdiction could result in the dismissal of this appeal.

To date, appellants have not filed a response to our order to show cause or otherwise communicated with this court. As appellants fail to demonstrate that the claims against Hale have been resolved by the district court, and thus that a final judgment has been entered, it appears that the orders challenged in this appeal are not appealable as special orders after final judgment. Accordingly, this court lacks jurisdiction and ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Mark R. Denton, District Judge
     Janet Trost, Settlement Judge
     Takos Law Group, Ltd.
     Maier Gutierrez & Associates
     Eighth District Court Clerk